JOSEPHINE WARKER, respondent,

*v.*

FRANK N. WARKER et al., appellants.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. George D. Hendrickson,* for the respondent.

*Messrs. Insley, Vreeland & Decker,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley, and reported in *102 N. J. Eq. 382.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.